660

*Paul C. Whipp* and *Lounsbury D. Bates* for respondent.

No. 828. GOLDING BROTHERS CO. *v.* DUMAINE ET AL., TRUSTEES. April 4, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Israel Gorovitz* for petitioner. *Mr. Charles P. Curtis, Jr.* for respondents.

No. 833. BOSTON MACHINE WORKS CO. *v.* PRIME MANUFACTURING CO. April 4, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Melville F. Weston* for petitioner. *Messrs. George P. Dike* and *Cedric W. Porter* for respondent.

No. 837. ROBERTS ET AL. *v.* METROPOLITAN LIFE INS. CO. ET AL. April 4, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Jay E. Darlington* for petitioners. *Mr. S. Ashley Guthrie* for respondents.

No. 843. COHEN *v.* MARYLAND. April 4, 1938. Petition for writ of certiorari to the Court of Appeals of Maryland denied. *Messrs. Harry O. Levin* and *Isaac Lobe Straus* for petitioner. No appearance for respondent.

No. 844. ROBERT JACOB, INC., *v.* GUNNARSON, ADMINISTRATRIX, ET AL. April 4, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second